UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

CHRISTOPHER TUCKER

Case No. 2:25-cr-00170-LEW

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Failure to Surrender)

On about October 15, 2025, in the District of Maine and elsewhere, the defendant

**CHRISTOPHER TUCKER**

having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court of Maine for violations of Title 18, United States Code, Sections 922(g)(1) and 922(j), in Case No. 2:24-cr-0084-NT, entitled United States v. Christopher Tucker, and having been directed by the court to surrender to the Bureau of Prisons on October 15, 2025, did knowingly and willfully fail to surrender for service of sentence as ordered by the court.

In violation of Title 18, United States Code, Section 3146(a)(2).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

ASSISTANT UNITED STATES ATTORNEY

DATED: NOVEMBER 5, 2025